17984.   SHORTMEIER *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contains no special grounds, the verdict is supported by ample evidence and is approved by the trial judge, and this court is without authority to interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 12, 1927.

Assault with intent to murder; from Chatham superior court— Judge Meldrim. January 26, 1927.

Application for certiorari was denied by the Supreme Court.

*Shelby Myrick, W. H. Boyd, Limerick Odom,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general, Leo A. Morrissy,* contra.